UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RATAMENEGRE ZEIDA, individually and on behalf of others similarly situated,

                Plaintiff,

-v-

OVEN ARTISANS, et al.,

                Defendants.

CIVIL ACTION NO. 24 Civ. 3451 (JGLC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On December 19, 2024, the Court granted the parties' joint Motion for Settlement Approval and directed the parties to file by Monday, January 6, 2025 "a status letter advising of further proceedings necessary in this action [ ] or [ ] a stipulation of dismissal with prejudice for the attention of the Honorable Jessica G.L. Clarke." (See ECF No. 26 (the "Dec. 19 Order")). The parties have failed to abide by this directive. As a one-time courtesy, the Court sua sponte EXTENDS the parties' deadline to comply with the Dec. 19 Order to **Friday, January 10, 2025.**

Dated:     New York, New York
            January 7, 2025                     SO ORDERED.

                                                                   SARAH L. CAVE
                                                                     **United States Magistrate Judge**